IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS L. FRANKS,<br>Plaintiff,<br>vs.<br>THE STANLEY WORKS,<br>Defendant. | Civil Action No.: 3:03CV01357 (EBB)<br>April 14, 2004 |

FILED APR 15 ... 04

**STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Thomas L. Franks, and Defendant, The Stanley Works, by and through their undersigned counsel who are authorized to execute this Stipulation, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

GARRISON, LEVIN-EPSTEIN, CHIMES & RICHARDSON
405 Orange Street
New Haven, Connecticut 06511

Dated: April 12, 2004 By: ______________________
Joseph D. Garrison (CT 04132)
Robert A. Richardson (CT 09818)

JANETTE JOHNSON & ASSOCIATES
2601 Welborn Street
Dallas, Texas 75219

Dated: April 9, 2004 By: ______________________
Janette Johnson (CT 25151)

ATTORNEYS FOR PLAINTIFF

JACKSON LEWIS LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
(860) 522-0404
Attorney of Record:
Tasos C. Paindiris

JACKSON LEWIS LLP
59 Maiden Lane, 40th Floor
New York, New York 10038
(212) 545-4000

Dated: April 14, 2004
New York, New York

By: [signature]
Elise M. Bloom (CT 01451)
Steven D. Hurd (CT 22010)

ATTORNEYS FOR DEFENDANT
THE STANLEY WORKS

SO ORDERED THIS _____
DAY OF _______________, 2004.

By: ______________________________
Honorable Ellen B. Burns
United States District Judge
District of Connecticut